■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR SHAHUMYAN, Also Known as ARTUR SHAHUMYAN, Appellant. [772 NYS2d 854]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered October 24, 2002, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the sentencing court

improperly considered charges of which he was acquitted as a basis for imposing sentence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Emmanus,* 300 AD2d 504 [2002]), and, in any event, is without merit (*see People v Emmanus, supra; People v Robinson,* 250 AD2d 629 [1998]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Krausman, Luciano and Townes, JJ., concur.